

# IN THE
# TENTH COURT OF APPEALS

## No. 10-24-00161-CR

## IN RE JOHNATHAN COOPER

### Original Proceeding

### From the 249th District Court
### Johnson County, Texas
### Trial Court No. F44537

## MEMORANDUM OPINION

Relator Johnathan Cooper's "Petition for a Writ of Mandamus," filed on June 4, 2024, is denied.

MATT JOHNSON
Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion delivered and filed June 13, 2024
Do not publish
[OT06]

